IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY SMITH,<br>    Plaintiff, | : | Civil Action No. 3:14-CV-761 |
| v. | : | (Judge Mariani) |
| THOMAS, *et al.*,<br>    Defendants. | : | |

**FILED
SCRANTON

MAY 16 2014

PER _____
DEPUTY CLERK**

| | | |
|---|---|---|
| JEREMY SMITH,<br>    Plaintiff, | : | Civil Action No. 3:14-CV-762 |
| v. | : | (Judge Mariani) |
| THOMAS, *et al.*,<br>    Defendants. | : | |

## ORDER

**AND NOW,** this 15th day of May, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Clerk of Court is instructed to **CONSOLIDATE** the cases docketed at Civil Action No. 14-761 and Civil Action No. 14-762 into Civil Action No. 14-761; and to **CLOSE** Civil Action No. 14-762.

2. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 3), filed in the consolidated case, Civil Action No. 14-761, is **GRANTED.**

3. Plaintiff is **DIRECTED** file an amended complaint under Docket Number 3:14-cv-761, within twenty (20) days of the date of this Order;

   A. The "amended complaint must be complete in all respects" and stand by itself without reference to the complaints already filed. *See Young,*

809 F. Supp. at 1198.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge